LEWIS A. DUNCKEL, Appellant, *v.* JOHN A. PARSONS et al., Respondents.

Submitted May 22, 1950; decided May 26, 1950.

*George M. Skinner* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that no appeal lies as of right.